IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LYNNAE CARMICKEL,<br><br>        Plaintiff,<br><br>   v.<br><br>CAMDEN COUNTY JAIL,<br><br>        Defendant. | Civil Action<br>No. 16-8214 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, District Judge**

    Plaintiff Lynnae Carmckel seeks to bring this civil action without prepayment of fees or security or without an in forma pauperis ("IFP") application. Docket Entry 1-1.

    Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

    An appropriate order follows.

| | |
|---|---|
| **June 29, 2017** | **s/ Jerome B. Simandle** |
| Date | JEROME B. SIMANDLE<br>U.S. District Judge |